IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARTIN PAUL LONG,<br><br>Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD; and the<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>Respondents. | CV 13–70–BU–DWM–JCL<br><br><br>ORDER |

This action was filed in the United States District Court for the District of Montana, Butte Division on September 25, 2013. Petitioner Martin Paul Long seeks a writ of *habeas corpus* under 28 U.S.C. § 2254. Because Long is a prisoner, upon filing, this matter was referred to United States Magistrate Judge Jeremiah C. Lynch. *See* L.R. 72.2(a). Judge Lynch issued proposed Findings and Recommendations regarding Long's Petition on July 22, 2014. (Doc. 11.) On August 5, 2014, Long timely filed an Objection to the proposed Findings and Recommendations. (Doc. 12.)

Long's Objection does not specifically contest any portion of Judge Lynch's Proposed Findings and Recommendations. (*See id.*) In part, Long's Objection

-1-

states "*de novo* is in order at this time . . . ." (*Id.* at 1.) The Court therefore construes Long's Objection as a request for *de novo* review of the proposed Findings and Recommendations. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is 'to be liberally construed[.]'" (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976).)) Judge Lynch's proposed Findings and Recommendations are therefore reviewed *de novo* in their entirety. *See* 28 U.S.C. § 636(b) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.")

After *de novo* review of Judge Lynch's report, the Court finds it contains no mistake of fact or law. The Magistrate Judge's Findings and Recommendations are well-reasoned legally sound. They will be adopted in-full.

Based on the foregoing, IT IS ORDERED:

(1) Judge Lynch's Findings and Recommendations, (Doc. 11), are ADOPTED IN-FULL.

(2) Martin Paul Long's Petition for Writ of *Habeas Corpus*, (Doc. 1), is DISMISSED WITH PREJUDICE.

(3) A Certificate of Appealability is DENIED. The Clerk of Court shall immediately process any appeal filed by Petitioner Long.

(4) The Clerk of Court shall enter by separate document a judgment of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 58, and close this case.

DATED this 7th day of August, 2014.

Donald W. Molloy, District Judge
United States District Court